**SUN OPTICS, INC., Plaintiff–Appellant,**

v.

**FGX INTERNATIONAL, INC., Defendant–Appellee.**

No. 2007–1537.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).